# In the United States District Court
# for the Northern District of Ohio

| | |
|---|---|
| Mary Boettcher,<br><br>*On behalf of herself and others similarly situated,*<br><br>    Plaintiff,<br><br> v.<br><br>Authentic Pizza, LLC; and MP Management #3, LLC<br><br>    Defendants. | Case No. 3:22-cv-01653-JZ<br><br>Judge Jack Zouhary |

## ORDER DISMISSING THIS CASE WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. This request is **GRANTED** and this action is dismissed, with prejudice.

**IT IS SO ORDERED.**

           *s/ Jack Zouhary*
           Jack Zouhary
           U.S. District Judge